## HENRY V. FROHLICHSTEIN.

(Decided Dec. 9, 1909.)

APPEAL from Mobile Circuit Court.
Heard before Hon. SAMUEL B. BROWNE.

ERVIN & McALEER, for appellant. GREGORY L. & H. T. SMITH, for appellee.

Per curiam. Motion to establish bill of exceptions having been denied, the appeal is dismissed for want of prosecution.